Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

Teresa L. Highsmith – State Bar No. 155262
Office of the City Attorney
2263 Santa Clara Avenue, Room 280
Alameda, California 94501-4477
Telephone:   (510) 747-4750
Facsimile:   (510) 747-4767

Attorneys for Defendants
CITY OF ALAMEDA POLICE DEPARTMENT.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSOGTBAYAR SANDAGDORJ, | Case No.:  C-06-4995 TEH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND TIME FOR FIRST RESPONSIVE PLEADING BY DEFENDANT CITY OF ALAMEDA POLICE DEPARTMENT** |
| vs. | |
| CITY OF ALAMEDA POLICE DEPARTMENT; OFFICER S. BRENNAN #512; OFFICER CRUZ #510; AND DOES 1-100. Jointly and Severally, | |
| Defendants. | |

The parties, acting by and through their respective attorneys, stipulate to the following rescheduling of the Initial Case Management Conference and ADR deadlines and the time for the first responsive pleading by the defendant City of Alameda Police Department.  Good cause exists for this stipulation in that the defendant City of Alameda Police Department was not served until October 26, 2006.  Defense counsel was first notified of the lawsuit November 3, 2006 and he was in trial until November 9, 2006 in the matter of <u>Brown v City of Oakland</u> C03 1141 TEH.  The parties need time to meet and confer about the pleadings, the proper identification of individual officers that may be named as defendants or if presently named whether they should be dismissed at an early time in the proceedings.  Defense counsel also needs time to review the file and disclose appropriate

1

1  documents to plaintiff and plaintiff needs time to do his initial disclosure to the defense.

2
3      New Case Management Conference Date:    1:30pm    Monday, January 8, 2007
Courtroom 12, 19th Floor, SF

4      Defendant's First Responsive Pleading:    On or before  December 13, 2006.

5      Filing of Joint Case Management Statement:    December 13, 2006

6      Completion of Initial Disclosures    December 13, 2006

7      File ADR Certification    December 13, 2006

8      File Either ADR Stipulation or Notice Need Phone Call    December 13, 2006

9      So Stipulated:

10 Dated: November 16, 2006    By:     /s/
        Hume Joseph Jung

11
12
13 Dated: November 17, 2006    BERTRAND, FOX & ELLIOT

14
15     By:     /s/
16     Gregory M. Fox
    Attorneys for Defendants
17     ALAMEDA POLICE DEPT. and
    OFFICERS EMMANUEL CRUZ and
18     S. BRENNAN

19 GOOD CAUSE APPEARING THE STIPULATION IS SO ORDERED

20
21 Dated: November  17 , 2006

22     THELTON E. HENDERSON
    UNITED STATES DIST

23     ATTORNEY ATTESTATION

24     I hereby attest that I have on file all holograph signatures for any signatures indicated by a

25 "conformed" signature (/s/) within this E-filed document.

26 Dated: November 17, 2006    /s/
    Gregory M. Fox
27
28

2