Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Teresa L. Highsmith – State Bar No. 155262
Office of the City Attorney
2263 Santa Clara Avenue, Room 280
Alameda, California 94501-4477
Telephone:   (510) 747-4750
Facsimile:    (510) 747-4767

Attorneys for Defendants
CITY OF ALAMEDA POLICE DEPARTMENT.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSOGTBAYAR SANDAGDORJ, <br><br> Plaintiff, <br> vs. <br><br> CITY OF ALAMEDA POLICE DEPARTMENT; OFFICER S. BRENNAN #512; OFFICER CRUZ #510; AND DOES 1-100. Jointly and Severally, <br><br> Defendants. | Case No.:  C-06-4995 TEH <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER RE:  SCHEDULE FOR FILING OF FIRST AMENDED COMPLAINT AND TIME FOR RESPONSIVE PLEADING BY DEFENDANTS.** |

The parties, acting by and through their respective attorneys, appeared for the Initial Case Management Conference on January 8, 2007.  At that time plaintiff's counsel requested permission to file a First Amended Complaint.  Defendants had no objection to the amending of the Complaint and informed the Court that it would provide additional information to the plaintiff's counsel regarding the lack of involvement by the named defendants Brennan and Cruz so that plaintiff may consider dismissing them from the action.  Because of illness this week on the part of the Inspectional Services Sergeant who was to provide a declaration documenting the lack of involvement by the individual defendant jailers, the defendant City will provide his declaration to plaintiff's counsel on or before the initial ENE conference call on January 17, 2007.  Plaintiff will file his First Amended Complaint

on or before January 24, 2007.  Defendants' responsive pleading to be filed on or before Friday February 2, 2007.

     A further Case Management Conference will take place on Monday April 2, 2007 at 1:30 pm. A joint Case Management Conference Statement to be filed on or before March 26, 2007.

     So Stipulated:

Dated: January 11, 2007     By: _____/s/_____

          Hume Joseph Jung
          Attorney for Plaintiff

Dated: January 11, 2007     BERTRAND, FOX & ELLIOT

          By: ____/s/_____
          Gregory M. Fox
          Attorneys for Defendants
          ALAMEDA POLICE DEPT. and
          OFFICERS EMMANUEL CRUZ and
          S. BRENNAN

GOOD CAUSE APPEARING THE STIPULATION IS SO ORDERED

Dated:  January __17__, 2007

          THELTON E. HENDERSON
          UNITED STATES

ATTORNEY ATTESTATION

     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: January 11, 2007     _____/s/_____
          Gregory M. Fox